UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )<br>        v.                                         )<br>                                                      )<br>PEGGY LEE WHITE,                    )<br>                                                      )<br>            Defendant.                     )<br>_____ ) | Case No. CR05-260 RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on August 18, 2006. The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Mr. Robert M. Leen. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Interstate Transportation in Furtherance of Prostitution, in violation of 18 U.S.C. §§ 2422(a) and 2. On or about May 5, 2006, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 217 days of custody (time served), followed by four (4) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse treatment participation, mental health treatment as directed which could include participation in treatment provided by the SAGE project, and restrictions on self-employment.

In a Petition for Warrant or Summons, and a Notice of Violation and Request for Warrant

both dated June 6, 2006, U.S. Probation Officer Brieanne E. Olsen asserted the following violations by defendant of the conditions of her supervised release:

    Violation No. 1: Failing to participate in and complete drug dependency treatment by leaving SafeHouse in San Francisco, California, in violation of special condition number one.

    Violation No. 2: Failing to participate in and complete mental health treatment in San Francisco, California, in violation of special condition number three.

    Violation No. 3: Failing to notify the probation officer at least ten days prior to any change in residence, in violation of standard condition number six.

    On August 11, 2006, the defendant made her initial appearance on the petition. She was advised of her rights, and denials to the alleged violations were entered. An evidentiary hearing was scheduled for August 18, 2006 before the undersigned Magistrate Judge. The defendant was ordered detained pending the evidentiary hearing.

    On August 18, 2006, the defendant was advised of her rights relating to a hearing, waived those rights, and admitted the alleged violations.

    I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation No. 1, 2 and 3 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on Tuesday, September 5, 2006 at 10:30 a.m.

    Pending a final determination by the Court, the defendant has been detained.

    DATED this 21st day of August, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
      AUSA:    Mr. Todd Greenberg
      Defendant's attorney:    Mr. Robert M. Leen
      Probation officer:    Ms. Brieanne E. Olsen