UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-260-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| PEGGY LEE WHITE, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 15, 2006. The United States was represented by AUSA Todd Greenberg and the defendant by Robert M. Leen. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 5, 2006 by the Honorable Robert S. Lasnik on a charge of Interstate Transportation in Furtherance of Prostitution, and sentenced to 217 days custody (time served), three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, provide access to financial information, not be self-

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

employed or employed by friends, get approval for all employment, not work for cash, provide regular pay stubs to probation officer, and not possess any false identification documents. (Dkt. 118, 119).

On August 18, 2006, defendant admitted to violating the conditions of supervised release by failing to participate in and complete drug dependency treatment, failing to participate in and complete mental health treatment, and failing to notify her probation officer of a change in residence. (Dkt. 143.) Defendant was sentenced to four months in custody and the conditions of supervised release were re-imposed. She was also ordered to participate in a community corrections center program for up to 120 days. (Dkt. 149).

In an application dated October 30, 2006 (Dkt. 150, 151), U.S. Probation Officer Assistant Brieanne E. Olsen alleged the following violations of the conditions of probation:

1. Failing to successfully participate and complete a community corrections center and/or comprehensive sanction center program in violation of special condition number five.

2. Providing false information to Seattle Police Officers on October 30, 2006 in violation of the general condition to obey all local, state and federal laws.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of December, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Todd Greenberg
     Defendant's attorney:   Robert M. Leen
     Probation officer:      Brieanne E. Olsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3