UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR05-260-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED SUMMARY REPORT OF |
| | ) | U.S. MAGISTRATE JUDGE AS TO |
| PEGGY LEE WHITE, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on August 14, 2007.  The United States was represented by AUSA Todd Greenberg and the defendant by Robert M. Leen.  The proceedings were digitally recorded.

Defendant had been sentenced on or about May 5, 2006 by the Honorable Robert S. Lasnik on a charge of Interstate Transportation in Furtherance of Prostitution, and sentenced to time served (212 days), 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in drug treatment, abstain from alcohol, participate in mental health treatment,  provide access to financial information, refrain from self-employment or

AMENDED SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -1

employment by friends or relatives without approval of probation officer, get approval for all employment from probation officer, not work for cash, provide regular pay stubs to probation officer, and not possess any identification documents in any but defendant's true identity. (Dkt. 119.)

On August 18, 2006, defendant admitted violating the conditions of supervised release by failing to participate in and complete drug dependency treatment, failing to participate in and complete mental health treatment, and failing to notify her probation officer within 10 days of change of residence. (Dkt. 143.) Defendant was sentenced to four months in custody, followed by 30 months of supervised release. (Dkt. 149.)

On December 15, 2006, defendant admitted violating the conditions of supervised release by failing to successfully participate in and complete a community corrections center/comprehensive sanctions center placement and providing false information to a police officer. (Dkt. 157.) Defendant was sentenced to six months in custody, followed by 24 months of supervised release. (Dkt. 162.)

In an application dated June 6, 2007 (Dkt. 163), U.S. Probation Officer Christopher S. Luscher alleged the following violations of the conditions of supervised release:

1. Failing to reside in and satisfactorily participate in a residential reentry center program (RRC) on or about June 1, 2007, in violation of the special condition requiring her to reside in an RRC for up to 120 days.

2. Failing to report to the probation office, on or before June 5, 2007, in violation of the mandatory condition that she report to the probation office in the district to which she was released within 72 hours of release from custody of the Bureau of Prisons.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained pending a final determination.

DATED this 15th day of August, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:     District Judge:            Honorable Robert S. Lasnik
        AUSA:                      Todd Greenberg
        Defendant's attorney:      Robert M. Leen
        Probation officer:         Christopher S. Luscher

AMENDED SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -3